# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MATTHEW R.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 22-11988
Hon. Jonathan J.C. Grey
Magistrate Judge Kimberly G. Altman

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 21)

Plaintiff's counsel, Matthew Taylor, filed an unopposed motion for attorney fees. (ECF No. 19.) In the motion, Taylor states that, pursuant to 42 U.S.C. § 406 and the applicable agreement fee, he is entitled to attorney fees totaling 25% of his client's past-due benefits. (ECF No. 19, PageID.1100.) In total, he asserts that he is owed $5,879.54. (*Id.*) Taylor requests $3,000 for legal work performed in this Court and states he will submit an additional fee petition to the Administrative Law Judge totaling $2,879.54 for his work done at the administrative level. (*Id.*)

This matter comes before the Court on Magistrate Judge Kimberly

Altman's Report and Recommendation dated May 15, 2025. (ECF No. 21.) In the Report and Recommendation, the Magistrate Judge recommends that the Court grant Taylor's motion for attorney fees. (*Id.*) No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated May 15, 2025 (ECF No. 21) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Taylor's motion for attorney fees (ECF No. 19) is **GRANTED.**

**SO ORDERED**.

Dated: October 15, 2025

s/Jonathan J.C. Grey
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 15, 2025.

s/ S. Osorio
Sandra Osorio
Case Manager